No. 538.   WILLIAMS *v.* ILLINOIS.   January 12, 1944.   Petition for writ of certiorari to the Supreme Court of Illinois denied.   The application for a stay is also denied.   MR. JUSTICE MURPHY took no part in the consideration or

decision of these applications. *Mr. Melvin L. Griffith* for petitioner. *Messrs. George F. Barrett*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for respondent.